UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EXTERIOR WALL AND BUILDING

CONSULTANTS, INC
        Plaintiffs,

-against-

IBS HOLDINGS, INC, INTEGRO BUILDING SYSTEMS, INC., NANCY CHAFEE, ELLIOT KRACKO, CHRIS LIBERTA, JAMES MITCHELL, GLEN PESTRIN, ZDENKO RUZIC, and PAOLO DE TORRE,
        Defendant.

Case No.: 2:21-cv-05109

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(ii)**

**Pursuant** to Federal Rules of Civil Procedure ("FRCP") including FRCP 41(a)(1)(A)(ii) plaintiff EXTERIOR WALL AND BUILDING CONSULTANTS, INC. hereby give notice that the above captioned action is voluntarily dismissed without prejudice against all defendants.

**LAW OFFICE OF ERIN M. MCGINNIS, PLLC**
By: */s/ Erin M. McGinnis, Esq*.
Erin M. McGinnis
248 West 35th St. 8th Floor
New York, New York 10001
Tel (646) 868-242
Email: emcginnis@crelegalgroup.com
*Attorney for Exterior Wall and Building Consultants, Inc.*